**2007–1261. State v. Ketterer.**
Butler C.P. No. CR 2003–03–0309. On motion to dismiss. Motion to dismiss denied.
PFEIFER, J., dissents.

**2007–1276. State v. Foster.**
Wood App. No. WD–06–013, 2007-Ohio-1524. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.

**2007–1290. State v. Kincaid.**
Cuyahoga App. No. 88362, 2007-Ohio-2228. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, J., dissents.

**2007–1295. State v. Anderson.**
Summit App. No. 23197, 2007-Ohio-147. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.
Motion for copy of the record of trial proceedings denied as moot.

**2007–1302. State v. Mays.**
Licking App. No. 2006–CA–00097, 2007-Ohio-2807. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Judgment Entry filed July 3, 2007:
"May a police officer who witnesses a motorist cross a right white edge line and without any further evidence of erratic driving or that the crossing was done in an unsafe manner make a constitutional stop of the motorist?"
CUPP, J., not participating.
The conflict case is *State v. Phillips,* Logan App. No. 8–04–25, 2006-Ohio-6338.

## APPEALS ACCEPTED FOR REVIEW

**2007–0257. Stahlheber v. Lac D'Amiante du Quebec Ltee.**
Butler App. No. CA2006–06–134, 2006-Ohio-7034. Discretionary appeal accepted; cause held for the decision in 2007–0219 and 2007–0415, *Ackison v. Anchor Packing Co.,* Lawrence App. No. 05CA46, 2006-Ohio-7099; and briefing schedule stayed.

**2007–0693. State v. Bloomer.**
Fulton App. No. F–06–012, 2007-Ohio-1039. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins,* Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

**2007–0728. In re Andrew.**
Hamilton App. No. C–060226, 2007-Ohio-1021. Discretionary appeal accepted on Proposition of Law No. I.
PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

**2007–0739. Environmental Network Corp. v. Goodman Weiss Miller, L.L.P.**
Cuyahoga App. No. 87782, 2007-Ohio-831. Discretionary appeal accepted.
PFEIFER, LANZINGER and CUPP, JJ., dissent.
Motion for admission pro hac vice of Richard A. Simpson by Monica A. Sansalone granted.

**2007–0740. Kraynak v. Youngstown City School Dist. Bd. of Edn.**
Mahoning App. No. 05 MA 200, 2007-Ohio-1236. Discretionary appeal accepted on Proposition of Law No. I.
PFEIFER, O'CONNOR and O'DONNELL, JJ., dissent.
Discretionary appeal not accepted on Proposition of Law No. II.
LUNDBERG STRATTON and CUPP, JJ., dissent.
Discretionary appeal accepted on Proposition of Law No. III; cause held as to Proposition of Law No. III for the decision in 2007–0306, *Rankin v. Cuyahoga Cty. Dept. of Children & Family Servs.,*